## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00123-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      JUAN LUEVANOS-PADILLA,
      *a.k.a. Jesus Mares-Padilla,*
      *a.k.a. Jesus Mares,*

      Defendant.

_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **June 16, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **April 29, 2014** and responses to these motions shall be filed by **May 6, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **June 11, 2014 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 16th day of April, 2014.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge