**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00123-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUAN LUEVANOS-PADILLA,
    *a.k.a. Jesus Mares-Padilla,*
    *a.k.a. Jesus Mares,*

    Defendant.
_____

**ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING**
_____

    Pursuant to the Notice of Disposition (Docket No. 13) and Unopposed Motion for Immediate Sentencing (Docket No. 14) filed on May 5, 2014.  A Change of Plea and Sentencing Hearing are set for **June 9, 2014**, at 4:00 p.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the **trial preparation conference** scheduled for **June 11, 2014**, and the **three-day jury trial** scheduled for **June 16, 2014**, are VACATED.

DATED this 9th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge