**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00123-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN LUEVANOS-PADILLA

    Defendant.

---

### ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on June 6, 2014, it is hereby

    ORDERED that Defendant, Juan Luevanos-Padilla, is sentenced to **TIME SERVED.**

    Dated:  June 6, 2014.

                                   BY THE COURT:

                                      s/ Raymond P. Moore
                                     RAYMOND P. MOORE,
                                     UNITED STATES DISTRICT JUDGE